## Bostwick R. Noble and Matthew D. Wagner v. Township of Paris.

*Mandamus to pay town orders.*

An order to show cause why a township should not pay a town order is fully met by a return showing that it was fraudulently issued without consideration and without any allowance by the proper authorities.

Mandamus. Submitted Jan. 22. Denied Jan. 30.

*Elbridge F. Bacon* for relator.

*J. F. Murphy* and *Atkinson & Atkinson* for respondent.

Campbell, J. Relators asked for a mandamus to compel the respondent to pay two town orders, which were signed by the town clerk and supervisor and made payable to William Reimann, the clerk, and endorsed by him to relators.

The respondent's answer shows that the orders were fraudulently issued without consideration, and without any allowance by the proper authorities. No issue was made in the case beyond the petition and return and there is nothing in the case to overcome the answer.

This being so, the relators' case is completely met, and they are not entitled to relief.

Mandamus must be denied with costs.

The other Justices concurred.